CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RODNEY C. WILLIAMS, ) | |
| Plaintiff, ) | Civil Action No. 7:07CV00199 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MAJOR FLEMING, et al., ) | |
| Defendants. ) | By: Hon. James C. Turk |
| ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that Plaintiff's Motion to Amend (Dkt. No. 22) is **GRANTED**; and the Amended Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to Plaintiff.

ENTER: This 13th day of September, 2007.

/s/ James C. Turk
Senior United States District Judge